UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID DWAIN DICKERSON,<br><br>       Plaintiff,<br><br>-against-<br><br>WENDY DICKERSON, ADMINISTRATRIX OVER THE ESTATE OF ELMORE WINIFRED DICKERSON,<br><br>       Defendant. | 23cv10747 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the May 22, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: May 22, 2024
     New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
              Chief United States District Judge